UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Akeel Abdul Jamiel

Write the full name of each plaintiff.

17CV7172

_To be filled out by Clerk's Office_

-against-

Deputy J. Fries
Deputy M. Washburn
Deputy Pugh
Captain Smith

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☑ Other: Security breach, Risk of injury or death.

II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Akeel / Abdul / Jamiel
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

17 - 0384
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Sullivan County Jail
Current Place of Detention

4 Bushnell Ave
Institutional Address

Sullivan, Monticello, / N.Y. / 12701
County, City / State / Zip Code

III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**
- First Name: J.
- Last Name: Fries
- Shield #: 459
- Current Job Title (or other identifying information): Deputy
- Current Work Address: Sullivan Cty. Jail, 4 Bushnell Ave.
- County, City: Sullivan, Monticello
- State: N.Y.
- Zip Code: 12701

**Defendant 2:**
- First Name: M.
- Last Name: Washburn
- Shield #: Unknown
- Current Job Title (or other identifying information): Deputy
- Current Work Address: "Same as above"
- County, City: 
- State: 
- Zip Code: 

**Defendant 3:**
- First Name: 
- Last Name: Pugh
- Shield #: Unknown
- Current Job Title (or other identifying information): Deputy
- Current Work Address: "Same as above"
- County, City: 
- State: 
- Zip Code: 

**Defendant 4:**
- First Name: 
- Last Name: Smith
- Shield #: Unknown
- Current Job Title (or other identifying information): Captain
- Current Work Address: "Same as above"
- County, City: 
- State: 
- Zip Code:

## V. STATEMENT OF CLAIM

Place(s) of occurrence: <u>Sullivan County Jail, Monticello, N.Y.</u>

Date(s) of occurrence: <u>July 14th, 2017 & September 1st, 2017.</u>

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary. (Exhibits marked "EA thru EG"!!)

"Please see all attached Inmate Misbehavior Reports & Inmate Grievance Forms! On "2" different above dates, I was "purposely" put into jeopardy & my life & well being was at risk as the "4" defendants, whom are Sullivan County Jail, Deputies & the Captain of the jail, deprived me of my safety while being escorted to "Jumha Services" & from Outdoor Recreation, as I was "not protected" as a result of a major security breach, regarding my movement & housing classification, in the Sullivan County Jail. On both dates, I was assaulted by inmate "Keith Jackson", S.C.J. # 17-0521, & retained injuries as the result of the negligence of all 4 defendants. On 7/14/17, Deputy "Fries", failed to obtain a document known as the "Fight Risk Sheet" that would of disclosed that I & Keith Jackson had been a risk of a fight, due to our open criminal case, that is pending, in Sullivan County. As a result, Deputy "Fries" "Failed" to properly & effectively protect me & secure "Keith Jackson" & to inform

Page 4

other Deputies of my movements & while entering the male mods" for "Jumha Services", I was viciously attacked & beaten by Inmate Jackson. Same "Exact" situation occured on 9/1/17, while being escorted with a group of inmates from the Rec yard, with Deputy Washburn & Deputy Pugh! They both "Failed" to obtain the copy of the "Fight Risk sheet", from Captain Smith, to "once again" secure my movement & to "lock-in Keith Jackson", in which "Jackson" attacked me again! The "4" defendants, purposely put my life & well being in danger!

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I recieved multiple concussions, scratches & bruises, from Keith Jackson, as the result of negligence on & of all "4 defendants"! I now have scars & permanent mental damage due to what happened to me, in the care of the 4 defendants! I now have permanent damage of anxiety & deppression as well.

**VI.   RELIEF**

State briefly what money damages or other relief you want the court to order.

Due to the negligence of all "4 defendants" & the Security breach's & Sullivan Counties Jail's unproffessional misconduct, I request the sum of monetary damages of $75,000,000.⁰⁰ (Seventy-Five Million Dollars), of pain & suffering & punitive & mental damages! I request to be assigned "Pro Bono" Counsel & the grant of a "12 Panel - Jury Trial". I request of a full investigation of my complaint against all 4 defendants. They neglected me because I am a Muslim. My Civil Rights were Violated!

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 9/12/17

Plaintiff's Signature: x [signature]

First Name: Akeel    Middle Initial: Abdul    Last Name: Jamiel

Prison Address: Sullivan County Jail, 4 Bushnell Ave.

County, City: Sullivan, Monticello,    State: N.Y.    Zip Code: 12701

Date on which I am delivering this complaint to prison authorities for mailing: 9/15/17

Inmate CR2  Case 7:17-cv-07172-NSR  Document 21  Filed 09/20/17  Page 7 of 14

First ticket

EA

(Rev. 4/03/2017)



# SULLIVAN COUNTY JAIL
IF QUESTION IS NOT APPLICABLE, PLEASE INDICATE BY N/A

**X** INCIDENT/MISBEHAVIOR (INMATE RECIEVES COPY) \_\_\_\_ ADVISORY/INFORMATIONAL

INMATE/PERSON INVOLVED: Jamil, Akeel    SCJ# 17-0384
LOCATION OF EVENT: Male Modular Unit  DATE: \_\_\_\_\_  TIME: 1344
VIOLATION NUMBER AND DESCRIPTION: (ONLY (3) FACILITY CHARGES PER REPORT)
106.10 Inmates shall not Disobey A Direct order.
100.13 Inmates shall Not engage in Fighting

DATE/TIME OF REPORT: 7/14/17 @ 1505

NARRATIVE: On the above date and time this officer was working transport. This officer transported several inmates to the Male Modular Unit/classroom (which included inmate Jamil, Akeel 17-0384) for SUMHA services. While waiting with the inmates (including inmate Jamil) for the door to the class room to be unlocked by the Block

LIST ALL WITNESSES INCLUDE SCJ# OR TITLE IF CORRECTIONAL STAFF
Dep Fancher    Dep Couter    Cpl Calangelo
Dep Dowe       Dep Noble     Dep Wagner Jr.

ACTION TAKEN: YES: **X** NO: \_\_\_ DESCRIBE: Code "7" called, inmates seperated, taken to medical by Dep Noble and Dep Wagner Jr. Report writter.

INMATE PLACED IN CONFINEMENT: YES: **X** NO: \_\_\_ DATE: 7/14/17 LOCATION: CR-2 #11
MEDICAL BEEN NOTIFIED? YES: **X** NO: \_\_\_ MEDICAL RECEIVE COPY OF REPORT? YES: **X** NO: \_\_\_
NAME OF MEDICAL STAFF NOTIFIED: RN Gandulla   DATE/TIME: 7/14/17 @ 1351
INMATE RECEIVED A COPY OF THIS REPORT YES: **X** NO: \_\_\_ OFFICERS INITIALS: \_\_\_
HEARING TO BE HELD ON OR BEFORE THE FOLLOWING DATE: August 3, 2017
SIGN & PRINT NAME/TITLE: Andrew J. Freres Deputy 459   DATE: 7/14/17

THE FOLLOWING TO BE FILLED OUT BY REVIEWING SUPERVISOR(S)
UNIT SUPERVISOR NAME/TITLE: Cpl Wilcox   DATE: 7/15/17
TOUR SUPERVISOR NAME/TITLE: Sgt B. Howell   DATE: 7/15/17
IS THIS A REPORTABLE INCIDENT? YES \_\_\_ NO ✓ IF YES, DATE COMPLETED: \_\_\_
WAS OC SPRAY USED? YES \_\_\_ NO ✓ IF YES, COMPLETE "CHEMICAL AGENT USE REPORT"

CB2



EB

## SULLIVAN COUNTY JAIL
### INCIDENT/MISBEHAVIOR REPORT
### (SUPPLEMENTAL)
PAGE 2 OF 2

NAME OF INMATE: Jamil Akeel   SCJ# 17-0384

DATE OF INCIDENT: 7/14/17   TIME OF INCIDENT: 1344

LOCATION OF INCIDENT: Male Mods   HOUSING LOCATION: C-Block R#11

DESCRIPTION OF INCIDENT/MISBEHAVIOR (CONTINUED): Officer, Inmate Jackson, Keith 17-0521 did come running out of M' and did engage in a fight with inmate Jamil hitting him in the face. Inmate Jackson was given several direct orders to stop. Inmate Jackson did not comply and was removed by Dep Noble. At this time Inmate Jamil then did run after Inmate Jackson, Inmate Jamil was given several direct orders to stop and get on the wall. Inmate Jamil did not comply. Inmate Jamil was stopped and placed in hand restraints, using minimal force necessary by this officer and Dep Faucher and Dep Drue. Inmate Jamil was immediately escorted to the Medical Unit @ 1351 by Dep Noble and Dep Wagner Jr.

REPORTED BY: J. Fries 459
TITLE: Deputy
SIGNATURE: Fries 459
DATE: 7/14/17

Revised 4/2014

(Rev. 4/03/2017)

*Second Ticket*

*EC* — Inmate

## SULLIVAN COUNTY JAIL

IF QUESTION IS NOT APPLICABLE, PLEASE INDICATE BY N/A

☑ INCIDENT/MISBEHAVIOR (INMATE RECIEVES COPY)   ___ ADVISORY/INFORMATIONAL

INMATE/PERSON INVOLVED: Jamil, Akeel   SCJ#: 17-0384
LOCATION OF EVENT: Mods hallway   DATE: 9-1-17   TIME: 11:20 am
VIOLATION NUMBER AND DESCRIPTION: (ONLY (3) FACILITY CHARGES PER REPORT) 100.10
Inmates shall not assault, inflict or attempt to inflict bodily harm upon any other inmate.

DATE/TIME OF REPORT: 9-1-17 / 11:45am
NARRATIVE: On the above date and time while working the rec post, this writer was returning inmate Jamil to the Mods. Inmate Jackson, Keith ran past this writer and began assaulting inmate Jamil. Inmate Jamil started to return punches with inmate Jackson. This writer did remove inmate Jamil from the situation while Deputy Pugh removed Jackson from the situation.

LIST ALL WITNESSES INCLUDE SCJ# OR TITLE IF CORRECTIONAL STAFF
Dep Pugh   Dep Wagner
Dep Stout   Dep Alonso

ACTION TAKEN: YES: ☑ NO: ___ DESCRIBE: This report written. Inmate Jackson moved to M9 from M8

INMATE PLACED IN CONFINEMENT: YES: ☑ NO: ___ DATE: 9-1-17 LOCATION: M9
MEDICAL BEEN NOTIFIED? YES: X NO: ___ MEDICAL RECEIVE COPY OF REPORT? YES: X NO: ___
NAME OF MEDICAL STAFF NOTIFIED: RN Davis   DATE / TIME: 9/1/17 12:00
INMATE RECEIVED A COPY OF THIS REPORT YES: X NO: ___ OFFICERS INITIALS: MW
HEARING TO BE HELD ON OR BEFORE THE FOLLOWING DATE: 9-22-17
SIGN & PRINT NAME/TITLE: MWashburn/MWashburn/Dep   DATE: 9-1-17

THE FOLLOWING TO BE FILLED OUT BY REVIEWING SUPERVISOR(S):
UNIT SUPERVISOR NAME/TITLE: Cpl. Gabriel   DATE: 9/1/17
TOUR SUPERVISOR NAME/TITLE: Sgt B. Harrell   DATE: 9/1/17
IS THIS A REPORTABLE INCIDENT? YES ___ NO ☑ IF YES, DATE COMPLETED: N/A
WAS OC SPRAY USED? YES ___ NO ☑ IF YES, COMPLETE "CHEMICAL AGENT USE REPORT"




## SULLIVAN COUNTY JAIL
## INCIDENT/MISBEHAVIOR REPORT
### (SUPPLEMENTAL)

PAGE 2 OF 2

NAME OF INMATE: Jamil, Akeel   SCJ# 17-0384

DATE OF INCIDENT: 9/1/17   TIME OF INCIDENT: 11:20 am

LOCATION OF INCIDENT: Mods hallway   HOUSING LOCATION: Mods

DESCRIPTION OF INCIDENT/MISBEHAVIOR (CONTINUED): Both inmates returned to cells with no further incident.

REPORTED BY: M Washburn
SIGNATURE: M Washburn
TITLE: Deputy
DATE: 9-1-17

Revised 4/2014

*First Grievance*

*EE*

# New York State Commission of Correction
## Inmate Grievance Form
Form SCOC 7032-1 (11/2015)

Facility: Sullivan   Housing Location: C-R-2

Name of Inmate: Akeel Jamil   Grievance #: 17-155

**Brief Description of the Grievance** (Submitted by the grievant within 5 days of occurrence)
Number of Sheets Attached ( )

On Friday, July 14th, 2017, at approximately 1:40pm, I Akeel Jamiel was being escorted by Deputy Fries to Jumah services from CR-2, when I was attacked by inmate Keith Jackson when I was awaiting to enter the classroom next to M-1 where Mr. Jackson is being housed. The Deputy & the staff of the Sullivan County Jail are at total Negligence, as I and Keith Jackson are listed on "fight risk sheet"

**Action requested by the grievant** (Submitted by the grievant within 5 days of occurrence):
Number of Additional Sheets Attached ( )

Prior to this incident the staff failed to protect me, as Deputy Fries didn't and wasn't aware of the proper movement proceedures, with obtaining a copy of the "fight risk sheet, prior to the movement! I request the ticket and misbehavior report to be dismissed against me, at once!

Grievant Signature: Akeel Jamil   Date/Time Submitted: 7/17/17 8:30 PM

Receiving Staff Signature: CPL Compresso   Date/Time Received: 7/17/17 1825

Investigation Completed by: _____   Date Completed: _____

**Decision of the Grievance Coordinator**
Written decision shall be issued within 5 business days of receipt of grievance and shall include specific facts and reasons underlying the determination

Number of Sheets Attached ( )

☐ Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CAO)
☐ Grievance Accepted
☐ Grievance Denied on Merits
☐ Grievance Denied due to submitted beyond 5 days of act or occurrence (can be appealed to CAO)
☐ Grievance Accepted in part/ Denied in part (Note specific Acceptance/Denial parts below)

Signature of the Grievance Coordinator: _____   Date: _____

*second grievance*

Inmate Grievance Form
Form SCSD 7002.4 (11/2016)

EF

Facility: **Sullivan County Jail**   Housing Location: **A-block**

Name of Inmate: **Akeel Abdul Jamiel**   Grievance #: **17-220**

Brief Description of the Grievance (Submitted by the grievant within 5 days of occurrence)
Number of Sheets Attached ( )

On friday, 9-1-2017, at approximately 11:30 AM, I Akeel Jamiel was coming from Rec, standing in front of M-6 waiting for the c.o to come open the door, to enter my housing unit. Dep Wagner was in charge of the block, as well as another c.o. Dep Wagner openned M-8 and opened Jackson cell. Keith Jackson ran past a officer, which fail to stop him, and ended up where I'm at & began insulting me. The Duputy and the staff of Sullivan county Jail are at total negligence,

Action requested by the grievant (Submitted by the grievant within 5 days of occurrence):
Number of Additional Sheets Attached ( )

As I and Keith Jackson are listed on the fight risk sheet. prior to the movement. This is also a second grievance and second incident. I request the ticket and misbehavioral report to be dismissed against me, at once.

Grievant Signature: *Akeel Abdul Jamiel*   Date/Time Submitted: **9-2-17 10:30 PM**
Receiving Staff Signature: *Cpl Compuso*   Date/Time Received: **9-4-17 @ 1700**

Investigation Completed by: _____   Date Completed: _____

Decision of the Grievance Coordinator   Number of Sheets Attached ( )
*Written decision shall be issued within 5 business days of receipt of grievance and shall include specific facts and reasons underlying the determination*

[X] Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CAO)
[ ] Grievance Accepted
[ ] Grievance Denied on Merits
[ ] Grievance Denied due to submitted beyond 5 days of act or occurrence (can be appealed to CAO)
[ ] Grievance Accepted in part/ Denied in part (Note specific Acceptance/Denial parts below)

Grievances related to disciplinary sanctions or dispositions are non grievable and will be returned to grievant. This grievant should use the hearing and appeal process.

Signature of the Grievance Coordinator: *Cpl. Gaisel*   Date: **9/6/17**



# SULLIVAN COUNTY JAIL

## INFORMAL GRIEVANCE FORM

Date of Grievance: 9/2/17

Inmate's Name: Jamil, Akeel

Facility Grievance Number: _____ (to be filled in by grievance coordinator if grievance becomes formal)

**Officers' Description of Inmate Complaint:**
Inmate Jamil states that the Deputy's in the Sullivan county Jail are not doing the Jobs properly. He states that he keeps getting into altercations with inmate Jackson Keith when they are considered fight risk. He also states that he does not deserve th tickets for the Deputies mistakes.

**Officer's Attempt to Resolve Complaint:**
Inmate was Jamil was offered to sign into protective custody and refused.

( ) Accepted   (✓) Not Accepted

Inmate Signature: _[signature]_

Officer's Signature: _[signature]_

**Unit Supervisor's Description of Inmate Complaint:**
Inmate Jamil claims that SCJ is not doing enough to keep him from getting assaulted.

**Unit Supervisor's Attempt to a Resolve Complaint:**
Inmate Jamil was moved to different unit to minimize the chance of an assault with a current fight risk.

( ) Accepted   (✓) Not Accepted

Inmate Signature: _[signature]_

Date Inmate Given Formal Grievance Form: 9/2/17

Unit Supervisor's Signature: Matos _[signature]_

Date Submitted to Grievance Coordinator: 9/2/17

Akeel Abdul Jamiel
4 Bushnell Ave.
Monticello, N.Y. 12701.

SULLIVAN COUNTY JAIL
4 BUSHNELL AVENUE
MONTICELLO NY 12701

To: United States District Court
Southern District of N.Y.
Pro Se Office, Room 230.
500 Pearl St.
New York, N.Y. 10007.

"Legal Mail"