UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Akeel Abdul Jamiel

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

CPL Calangelo
Deputy Gurrieri
Deputy M. Washburn
Deputy M. Shaw
Deputy Shaw other brother
Deputy Mantiferi

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☑ Yes  ☐ No
*(check one)*

___ Civ. _____ (   )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-1-18

I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's Name: Akeel Abdul Jamiel
ID# 18A0202
Current Institution: Willard Drug Treatment Campus
Address: 7116 County Road 132, P.O. Box 303
Willard, New York, 14588

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name: CPL Calangelo   Shield #: unknown
Where Currently Employed: 4 Bushnell Ave
Address: Monticello, NY, 12701

Defendant No. 2   Name **Deputy Gurrieri**   Shield # unknown
Where Currently Employed  4 Bushnell Ave
Address  Monticello NY, 12701

Defendant No. 3   Name **Deputy M. Washburn**   Shield # unknown
Where Currently Employed  4 Bushnell Ave
Address  Monticello, NY, 12701

<div style="margin-left:-2em;">Who did what?</div>

Defendant No. 4   Name **Deputy M. SHAW**   Shield # unknown
Where Currently Employed  4 Bushnell Ave
Address  Monticello, NY, 12701

Defendant No. 5   Name **Deputy SHAW**   Shield # unknown
Where Currently Employed  4 Bushnell Ave
Address  Monticello, NY, 12701

II.   Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
Sullivan County Jail  4 Bushnell Ave
Monticello, NY, 12701

B.   Where in the institution did the events giving rise to your claim(s) occur?
Medical, and C-block, And Every where in SCJ.

C.   What date and approximate time did the events giving rise to your claim(s) occur?

November 27th, 2017 at 2:21 PM.

D.   Facts: ON or about 2:21 PM on November 27th, 2017, I notified a deputy by the name of Noble on C-block, that I have a problem on this block and my safety is at stake. Deputy Noble did notify a Supervisor by

Rev. 01/2010                                       2

**Was anyone else Involved?**

the title of cpl Calangelo (woman) and sent me down to medical to speak with me, in regards to my problem that I have in c-block pertaining to my Right risk. cpl Calangelo, yelled at me for not telling her the name of the inmates and stated that she's going to write me up for not giving up names, which she did. I assured Ms. Calangelo that if I were to give up names I will not be able to live on any other block as a rat, and its best for my safety that she can just move me to any other block and that would solve the issue. but, she refused and sent me back to C-block where my safety is at stake. She wrote me up and so are other Deputies. As a result I spent most of my time in the box as a retaliation because I filed a lawsuit, I now suffer a mental condition and on psych medication in Downstate C.F. Also I'm complaining from other Deputies who are slandering my character and telling my felow inmates that I'm a homo-sexual.
See Attached Paper.

**Who else saw what happened?**

III.  Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

My second finger in my left hand had tendings injuries and as a result my knockle is not visible.
I also suffered mentally, where I had to beg them to see the psych and I were placed on psych meds. in Sullivan County and in Downstate. the psych at Downstate has my files.

IV.  Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

The following Deputies are the individuals that are slandering my character and refering to me as a homo-sexual. and they are as follows: Deputy Gurrieri, Deputy Washburn, Deputy M. Shaw. Deputy Shaw who also related to M. Shaw. Deputy Mountifieri.

All mentioned Deputies are the individuals who refers to me as a homo, and call me by names such as Peanut butter & Jelly. turkey and other nasty names that supposedly describes a gay person, which was refering to me. I got into a conflict in A-block and led to a fight with another inmate by the name of Chris Caywood, he called me a homo-sexual, or should I say turkey. all because the above deputies slandering my character and going around the jail telling inmates that I am supposed to be a homo - in the closet. Multiple inmates that approached me and informed and who made fun of me, making statement such "turkey" and "Peanut butter" and "Jelly". At one Ocasion when first arrived at SCJ. Deputy M. Shaw yelled out (you're a homo) refering that to me. They completely damaged my character and my mental completely by making such accusations and harrassements.

I recently grieved that issue but they never send me the grievance as it supposed to had followed me. it was dated 1/5/18.

I suffered mentally and physically from the above Deputies, not to mention, Deputy Gurrieri and Deputy M Washburn who were the 2 Deputies who set up the fights that I had with my fight risk. an inmate by the name of spencer an alderly gentleman, who informed of that fact! I asked how he knew, and he replied that all the inmates talking about it. and how the C.O's rewinding the camera and laughing at me.

I'm currently disabled and my hip is fused to my back. And the above Deputies continuously retaliating against me and slandering me.

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

"Sullivan County Jail" @ 4 Bushnell Ave Monticello, NY, 12701

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No ✓   Do Not Know ___

If YES, which claim(s)? Grieved it but didnot get a response.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? Sullivan County Jail

1. Which claim(s) in this complaint did you grieve?

The Sexual harrassement refered to the homo-Sexual Rumors -

2. What was the result, if any?

I sent the Grievance, they spilled coffee on it, did not get back

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

Did not get a chance, they held it for a week then sent to me damaged with coffee I didit and they haven't returned it till this day · 2/5/18.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Basically they were afraid that the grievance was going to hurt the facility, so they damaged it and supposedly they're supposed to send it to me as it should follow me to this prison. But I believe they threw it out because it was detrimental to the staff and facility.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I'm seeking the amount of 50,000,000.00 fifty million dollars for my pain and mental suffering as a result from their oppression and mental abuse.

VI. **Previous lawsuits:**

<div style="float:left">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes ✓   No ___

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1. Parties to the previous lawsuit:
      Plaintiff Akeel Abdul Jamiel
      Defendants Deputy Fries, Deputy Washburn, Chief Smith, Deputy Pruitt
   2. Court (if federal court, name the district; if state court, name the county) The Daniel Patrick Moynihan, Southern District of New York, 500 Pearl st.
   3. Docket or Index number 17-cv-7172
   4. Name of Judge assigned to your case Nelson S. Roman
   5. Approximate date of filing lawsuit October 6, 2017 Oct. 6, 2017.
   6. Is the case still pending? Yes ✓   No ___
      If NO, give the approximate date of disposition_____
   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) Still pending.
      No Judgement had been made yet.

<div style="float:left">On other claims</div>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
   Yes ✓   No ___

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1. Parties to the previous lawsuit:
      Plaintiff Akeel Abdul Jamiel
      Defendants Rober Mir, Detective Scott Galligan,
   2. Court (if federal court, name the district; if state court, name the county) The Daniel Patrick Moynihan, Southern District of New York, 500 Pearl st.
   3. Docket or Index number 17-cv-7579
   4. Name of Judge assigned to your case Kenneth M. Karas
   5. Approximate date of filing lawsuit Oct, of 2017.

*Rev. 01/2010*                              6

6. Is the case still pending? Yes ✓   No ___
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _Still pending no Judgement has been made._

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _23_ day of _Feb_, 20_18_.

Signature of Plaintiff: x _[signature]_
Inmate Number: _18A0202_
Institution Address: _Willard Drug treatment Campus 7116 County Road 132, P.O. Box 303 Willard, New York, 14588_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _23_ day of _February_, 20_18_ I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: x _[signature]_

Sworn to before me this 23rd day of February 2018
_[signature]_

M. Appleby
Notary Public - Monroe County
#01AP6214593
Expires on 12/14/20_21_

P.O. BOX 303
WILLARD, NEW YORK 14588

Clerk of courts
United States District Court
Southern District of New York
The Daniel Patrick Moynihan United States courthouse
U.S. Courthouse - 500 Pearl Street
PRo Se office
RM 200
New York, NY 10007

USMP3
USDNY

RECEIVED
SDNY DOCKET
2018 MAR -1 AM 9:30