UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AKEEL ABDUL JAMIEL,

                Plaintiff,

-against-

DEP. M. WASHBURN, CLP CALANGELO;
DEPUTY GURRIERI, DEPUTY SHAW,
DEPUTY J. FRIES, CAPTAIN SMITH, PUGH,
DEPUTY M. SHAW, DEPUTY MONTIFERI
                Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/19

No. 17-CV-7172 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge

    In its June 14, 2019 Opinion on Defendants' motions to dismiss Plaintiff's Second Amended Complaint ("SAC"), the Court dismissed Plaintiff's claims and granted him until July 15, 2019 to file a Third Amended Complaint. (ECF No. 91.) Plaintiff was advised that failure to amend the SAC by July 15, 2019 would result in the dismissal of the action. (*Id.*) To date, Plaintiff has not communicated with the Court, and there have been no additional docket entries since the Court's opinion on the motions to dismiss was mailed to Plaintiff on June 14, 2019. In light of the foregoing, the complaint is dismissed without prejudice for want of prosecution pursuant to Fed R. Civ. P. 41(b).

    The Clerk of the Court is respectfully directed to terminate the action, to mail a copy of this Order to Plaintiff at his address listed on ECF and to show proof of service on the docket.

Dated:   August 2, 2019
           White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge